NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DOMINICK DELEGGE, DOC #D51783,       )
                                     )
            Appellant,               )
                                     )
v.                                   )      Case No. 2D18-1152
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____ )

Opinion filed August 30, 2019.

Appeal from the Circuit Court for Pinellas
County; Philip J. Federico, Judge.

Brooke Elvington of Brooke Elvington
Appellate Law of Fort Lauderdale
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.


NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.